## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MERCHANTS MOTOR FREIGHT, Inc.

No. 13011.

Circuit Court of Appeals, Eighth Circuit.

Jan. 8, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, and Helen F. Humphrey, Regional Atty., National Labor Relations Board, all of Washington, D. C., for petitioner.

George E. Wiard, of Minneapolis, Minn., for respondent.

## PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and motion of National Labor Relations Board to enter decree.

## Mary H. PETERSON, Appellant, v. R. J. SWANSON, Trustee.

No. 13034.

Circuit Court of Appeals, Eighth Circuit.

Jan. 16, 1945.

S. L. Winters, of Omaha, Neb., for appellant.

## PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.

## Otis SPENCER, Appellant, v. UNITED STATES of America.

No. 13016.

Circuit Court of Appeals, Eighth Circuit.

Jan. 25, 1945.

Otis Spencer, pro se.

## PER CURIAM.

Petition for appeal in forma pauperis from order of District Court entered November 20, 1944, denying petitioner's applications for a writ of coram nobis, etc., and motion to require trial court to send up certain evidence, etc., denied.